UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 6:06-cr-86-Orl-28KRS

HERBERT NEAL

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

Pursuant to Local Rule 6.01(c)(16), on September 4, 2007, I conducted the Final Probation Revocation Hearing of the Defendant on the superceding Petition for Warrant or Summons for Offender Under Supervision filed August 27, 2007 by Probation Officer Darlene Galloway.

In the Petition, Probation Officer Darlene Galloway alleges the Defendant was in violation of:

- Condition 2, Violations 1 & 2

Which states that the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

Defendant failed to submit his written monthly reports for the months of September 2006, October 2006, January 2007, February 2007, April 2007, and June 2007. These reports were due on October 5, 2006, November 5, 2006, February 5, 2007, March 5, 2007, May 5, 2007, and July 5, 2007 respectively.

On June 15, 2007, the defendant failed to report to the United States Probation Office as instructed by his probation officer verbally on June 12, 2007.

- Condition 7, Violations 3 & 7

Which states that the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall

submit to periodic urinalysis tests as directed by probation officer to determine the use of any controlled substance.

On June 26, 2007, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of Cannabinoids. Further, in a written statement, the defendant admitted he had used Cannabinoids on June 16, 2007

On August 3, 2007, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of Cannabinoids. Further, in written statement, the defendant admitted he had used Cannabinoids on July 28, 2007.

- Supervised Release Standard Condition 3, Violation 4

Which states that the defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

Between September 25, 2006 and July 13, 2007, the defendant failed to make restitution payments schedule ordered by the court on September 25, 2006.

The Defendant admitted violating paragraphs 1, 2, 3, 4 & 7 as set forth in the superceding Petition for Warrant or Summons for Offender Under Supervision.

The Government states that it will dismiss the violations alleged in paragraphs 5 & 6 of the superceding Petition at sentencing.

Accordingly, the undersigned finds that the Defendant has violated the terms of his probation and respectfully recommends that the Court enter an Order to Show Cause why his probation should not be revoked.

The Defendant has been restored to probation supervision pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 5th day of September, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant
Herbert Neal