## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Case No.  6:06-cr-86-Orl-28KRS

**HERBERT NEAL**

---

### ORDER ON REVOCATION OF PROBATION
### AND ORDER OF COMMITMENT

This cause came before the Court on a Superceding Petition for Warrant or Summons for Offender Under Probation filed August 27, 2007 (Doc. No. 38), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his probation.  A final hearing on violation of probation  was held by Magistrate Judge Karla R. Spaulding on September 4, 2007 and subsequently, a Report and Recommendation (Doc. No. 40) was entered by Magistrate Judge Karla R. Spaulding on September 4, 2007.

The defendant appeared before this Court on September 24, 2007, with counsel, Clarence W. Counts, Jr. and the Assistant United States Attorney.  After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 40) and finds that the defendant has violated the conditions of probation.

It is **ORDERED AND ADJUDGED** that the defendant's term of probation is hereby **MODIFIED to include the special condition that defendant shall reside in a Residential Re-entry Sanctions Center for a period not to exceed 90 days.**

While at the center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff. The defendant shall report to the Residential Center pursuant to his Probation Officer's instructions. All other conditions of defendant's probation shall remain unchanged.

The Judgment at Document No. 27 remains unaltered and in effect except as amended herewith.

**DONE** and **ORDERED** at Orlando, Florida this __2 5__ day of September, 2007.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant